UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SCOTT A. CASSON,
                        Plaintiff,

    vs                                                   6:03-CV-421

COMMISSIONER OF SOCIAL SECURITY,
Michael J. Astrue,
                        Defendant.

- - - -- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| OLINSKY & SHURTLIFF<br>Attorneys for Plaintiff<br>5TH Floor<br>30 South State Street<br>Syracuse, NY 13202 | HOWARD D. OLINSKY, ESQ. |
| HON. GLENN T. SUDDABY<br>United States Attorney<br> Northern District of New York<br>Attorney for Defendant<br>P. O. Box 7198<br>100 South Clinton Street<br>Syracuse, New York  13261-5165 | WILLIAM H. PEASE, ESQ.<br>Assistant U.S. Attorney |

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

Plaintiff, Scott A. Casson, brought this action seeking judicial review pursuant to 42 U.S.C. § 405(g) of the Social Security Act.  By Report and Recommendation dated August 22, 2007, the Honorable Randolph F. Treece, United States Magistrate Judge, recommended that  the Commissioner's decision denying disability benefits be affirmed.  The plaintiff has filed timely objections to the Report-Recommendation.

Based upon a de novo determination of the portions of the report and recommendations to which the plaintiff has objected, the Report-Recommendation is accepted and adopted in all respects.  See 28 U.S.C. 636(b)(1).  Accordingly, it is

ORDERED that

1. The Commissioner's decision is AFFIRMED.

2. The complaint is DISMISSED in all respects; and

3. The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   November 21, 2007
        Utica, New York.